UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

OSF GROUP LLC, a Florida
limited liability company,

    Plaintiff,

v.

                                Case No. 3:23-cv-593-BJD-LLL

TAJ WHOLESALE LLC, a Florida
limited liability company and GAD
ABECKASER, an individual,

    Defendants.
_____/

## ORDER OF DISMISSAL

This matter is before the Court on the Notice of Voluntary Dismissal Without Prejudice (Doc. 15; Notice) filed by Plaintiff on November 3, 2023. In the Notice, Plaintiff voluntarily dismisses the claims raised in this action. See Notice at 1. Upon review of the docket, the Court notes that Defendants have neither served an answer nor a motion for summary judgment. Accordingly, pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure, it is hereby

**ORDERED**:

    1.    This case is **DISMISSED without prejudice.**

    2.    In light of the Notice of Voluntary Dismissal Without Prejudice (Doc. 15), the Court's Order to Show Cause (Doc. 14) is **DISHCARGED.**

    3.    The Clerk of the Court is directed to close the file.

- 2 -

**DONE** and **ORDERED** in Jacksonville, Florida this 13th day of November 2023.

BRIAN J. DAVIS
United States District Judge

cs
Copies to:

Counsel of Record